NEW YORK LIFE INSURANCE COMPANY v. Bertha FIRESTONE, Individually and as Special Adm'x of the Estate of Milton Firestone, Deceased, and as Guardian of Hortense V. and Harold Firestone, Minors.

No. 7576.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1937.

Thomas A. E. Weadock, of Detroit, Mich., for appellant.

McLeod, Fixel & Fixel, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellee to dismiss appeal be, and the same is, granted upon the authority of Chappell v. United States, 160 U.S. 499, 507, 16 S.Ct. 397, 40 L.Ed. 510, and the appeal is hereby dismissed.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant, v. Joseph B. LAIRD.

No. 10657.

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1936.

Lakenan M. Price, of Columbia, Mo., for appellant.

Roy Hamlin, of Hannibal, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, pursuant to stipulation of parties.

O'BRIEN BROTHERS, Owner of Scows THE NEWLIGHT, SIDELIGHT, BUOYLIGHT, SPEEDLIGHT, and DUMPER SEA SHELL, Libelant-Appellant, v. THE Steamship SAN JUAN, Agwilines, Inc., Claimant-Appellee. ·

No. 186.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1937.

Foley & Martin, of New York City, for appellant O'Brien Brothers, Inc.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.